**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNTIED STATES OF AMERICA**                                 **PLAINTIFF**

**VS.**                                           **CASE NO: 1:05 cr 43-M-D**

**MICHAEL HANKINS**                                            **DEFENDANT**

**AMENDED SCHEDULING ORDER**

The defendant having entered a plea of not guilty in the above captioned and numbered cause on June 17, 2005, and on the case having been continued by the Court on motion of the defendant, and in order to follow the guidelines established by the Speedy Trial Act, 18 U.S.C. §3161 it is hereby

    **ORDERED:**

    1. That this cause is set for **trial** on **September 19, 2005** at **9:40 a.m.** in **Oxford,** Mississippi before **District Judge Michael P. Mills;**

    2. That all **discovery** shall be completed by **August 18, 2005**; and

    3. That all **pretrial motions** shall be filed by **August 29, 2005.**

    4. That all pretrial motions listed in Section II.E. (6)(h) of the Northern District Speedy Trial Plan shall be submitted to **Magistrate Judge Jerry Davis.** In CJA cases witness subpoenas must be requested adequately in advance to allow the U.S. Marshal at least ten (10) business days prior to trial for service.

    5. That plea agreements, if any, shall be submitted to the court by **September 5, 2005,** two weeks prior to trial. All plea agreements filed after the abovementioned date shall not be

accepted except for good cause shown.

**THIS** 18th day of July, 2005.

/s/ Eugene M. Bogen
 U. S. MAGISTRATE JUDGE